No. 1341. TEXIDOR ET AL., DEMANDANTES Y APELANTES, v. TORRES ET AL., DEMANDADOS Y APELADOS.—Nulidad de testamento. Guayama. Mayo 28, 1915. *Desistida la apelación.*

No. 828. EL PUEBLO, DEMANDANTE Y APELADO, v. CORREA, ACUSADO Y APELANTE.—Acometimiento y agresión. San Juan, Sección 2ª. Mayo 28, 1915. *Confirmada la sentencia.*

No. 834. EL PUEBLO, DEMANDANTE Y APELADO, v. FERNÁNDEZ (a) GALLEGO, ACUSADO Y APELANTE—Acometimiento y agresión con circunstancias agravantes. San Juan, Sección 2ª. Mayo 28, 1915. *Confirmada la sentencia.*

No. 812. EL PUEBLO, DEMANDANTE Y APELADO, v. PAGÁN ET AL., ACUSADOS Y APELANTES.—Infracción al artículo 370 del Código Penal. San Juan, Sección 2ª. Mayo 28, 1915. *Confirmada la sentencia.*

No. 829. EL PUEBLO, DEMANDANTE Y APELADO, v. RODRÍGUEZ, ACUSADO Y APELANTE.—Adulteración de leche. Mayo 28, 1915. *Confirmada la sentencia.*

No. 841. EL PUEBLO, DEMANDANTE Y APELADO, v. NIEVES, ACUSADO Y APELANTE.—Acometimiento y agresión con circunstancias agravantes. Aguadilla. Junio 1, 1915. *Confirmada la sentencia.*

No. 827. EL PUEBLO, DEMANDANTE Y APELADO, v. CANDELARIO, ACUSADO Y APELANTE.—Alterar la paz. San Juan, Sección 2ª. Junio 1, 1915. *Confirmada la sentencia.*

No. 1343. VICENS ET AL., PETICIONARIOS Y APELADOS, v. CRUZ ET AL., OPOSITORES Y APELANTES.—Administración judicial. Ponce. Junio 1, 1915. *Desistida la apelación.*